UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMSHEL ROTHSCHILD EL,<br><br>            Plaintiff,<br><br>   v.<br><br>CASCADE VIEW DRIVE LLC, *et al.*,<br><br>            Defendants. | Case No. C25-1685-LK<br><br>ORDER |

       Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $405.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 1) is GRANTED. However, the Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

       The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Lauren J. King.

//

//

ORDER - 1

Dated this <u>3rd</u> day of September, 2025.

_MJPeterson_
MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2